UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
ISAAC HIGUERA
Defendant.

Case No.: 5:26-MJ-703-DUTY

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- ☑ information in the Pretrial Services Report and Recommendation
- ☑ information in the violation petition and report(s)
- ☐ the defendant's nonobjection to detention at this time
- ☐ other: ______

and/ or

B. ☐ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

☐ information in the Pretrial Services Report and Recommendation

☐ information in the violation petition and report(s)

☐ the defendant's nonobjection to detention at this time

☐ other: ______________________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 09/29/2026

ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE